**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KATHRYN ELIZABETH MCCABE,

      Plaintiff,      23 **CIVIL** 2622 (JPO)(JW)

  -v-            **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 2, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. section 405(g), for further administrative proceedings, including the opportunity for a new hearing and for a new decision to be issued.

**Dated:** New York, New York
    August 2, 2023

                    **RUBY J. KRAJICK**

                   _____
                     **Clerk of Court**

            **BY:** *K. Mango*

                   _____
                     **Deputy Clerk**